# FINANCIAL AFFIDAVIT

|  |  |  |  |
|---|---|---|---|
| IN UNITED STATES | MAGISTRATE | DISTRICT | ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |

IN THE CASE
USA V.S. **MOTT**

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
**LORRAINE MOTT**

1 X Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check)  x Felony   ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION

MARITAL STATUS — SINGLE / MARRIED / WIDOWED / SEPARATED / DIVORCED
Total No. of Dependents
List persons you actually support and your relationship to them

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 176 per mo | Cassidy | $ | $ |
| cable | & grocery | $ | $ |
| electric | | $ | $ |
| phone | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  **7-20-04**

SIGNATURE OF DEFENDANT ▶ X *Ms. Lorraine Mott*
(OR PERSON REPRESENTED)

# FINANCIAL AFFIDAVIT

|  |  |  |  |  |
|---|---|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: USA V.S. Mohamed

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Sunny Gamal Mohamed

1. X  Defendant—Adult
2. ☐  Defendant - Juvenile
3. ☐  Appellant
4. ☐  Probation Violator
5. ☐  Parole Violator
6. ☐  Habeas Petitioner
7. ☐  2255 Petitioner
8. ☐  Material Witness
9. ☐  Other

DOCKET NUMBERS
Magistrate: _____
District Court: ▶
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check):  x Felony   ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now:  ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: Gamal Taxi, PO Box 60, Roslindale 02131
IF YES, how much do you earn per month? $ 3000-3500
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 1500.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE total paid R/E — $30,000 — Garage 450-452 2nd St. Fall River
Gamal Taxi — 140,000 — my share with 70 10,000 - Boston taxi medallion handicapped
Gamal's Taxi — 360,000 — my share of this medallion is 1/2

## OBLIGATIONS & DEBTS

this is in litigation because Gamal has my share of...

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: Gamal Mohamed (son)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Shawn St. (rent + utilities) | | $ 0 | $ 550.00 |
| Gamal Taxi medallion | | $ 145,000 | $ 450.00 |
| Gamal's Taxi | | $ ? | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/20/2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Sony Mohamed